AO 91 (Rev 8/01) Criminal Complaint

United States Courts
Southern District of Texas
FILED
August 18, 2022
Nathan Ochsner, Clerk of Court

# United States District Court

**SOUTHERN DISTRICT OF TEXAS**
**McALLEN DIVISION**

UNITED STATES OF AMERICA
V.

**Jesus Adrian Oyervides-Cantu**

YOB: 1997  COB: Mexico

## CRIMINAL COMPLAINT

Case Number:
**M-22-1633-M**

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

On or about **August 17, 2022** in **Hidalgo** County, in the **Southern** District of **Texas**

*(Track Statutory Language of Offense)*

knowing or in reckless disregard of the fact that Uriel Flores-Moreno and Pedro Alberto Diaz-Castaneda, citizens and nationals of Mexico, along with four (4) other undocumented aliens, for a total of six (6) who had entered the United States in violation of law, conspired to conceal, harbor or shielded from detection or attempted to conceal, harbor, or shield from detection such aliens in any place, including any building or means of transportation, to wit; a residence located in Mission, Texas,

in violation of Title **8** United States Code, Section(s) **8 USC 1324(a)(1)(A)(iii) & 8 USC 1324(a)(1)(A)(v)(I)**

I further state that I am a **U.S. Border Patrol Agent** and that this complaint is based on the following facts:

On February 17, 2022, and August 16, 2022, Border Patrol Agents received information that a residence in Mission, Texas was being used to harbor undocumented aliens, hereafter referred to as the Target Location (TL).

On August 17, 2022, Agents conducting surveillance observed a white Ford Explorer arrive at the residence and depart shortly after. Approximately an hour later, the same Explorer was seen leaving the residence for the second time. Agents conducting mobile surveillance and observed the driver with three (3) passengers. Agents requested assistance from the Hidalgo Sherriff's Office (HCSO) who conducted a traffic stop for a traffic violation in Mission, Texas.

Border Patrol Agents approached the driver, who was later identified as Jesus Adrian Oyervides-Cantu, and questioned his immigration status. Oyervides-Cantu admitted being a citizen and national of Mexico, illegally present in the United States. Oyervides-Cantu was read his Miranda Rights and agreed to answer questions. Oyervides-Cantu agreed to provide verbal and written consent to enter and search the property. He also noted that he has been living at the residence for about two (2) years, and pays approximately $850 per month. All three (3) passengers of the white Ford Explorer were questioned regarding their immigration status, and all were determined to be illegally present in the United States.

Continued on the attached sheet and made a part of this complaint:  [X] Yes  [ ] No

Complaint authorized by AUSA E. Flores

**Submitted by reliable electronic means, sworn to and attested telephonically per Fed. R. Cr.P.4.1, and probable cause found on:**

August 18, 2022  at 5:04 p.m.
Date

/S/ Christian Salmon
Signature of Complainant

Christian Salmon  Border Patrol Agent
Printed Name of Complainant

at  McAllen, Texas
City and State

J. Scott Hacker, U. S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### McALLEN, TEXAS

### ATTACHMENT TO CRIMINAL COMPLAINT:

### M-22-1633-M

**RE:** Jesus Adrian Oyervides-Cantu

**CONTINUATION:**

Agents, HSCO and Homeland Security Investigators responded to the TL. Upon entering the property, one (1) undocumented alien was found inside the residence and two (2) undocumented aliens were found in a shed located in the back of the residence. Oyervides-Cantu and the six (6) undocumented aliens were placed under arrest and transported to the McAllen Border Patrol Station for processing.

**PRINCIPAL STATEMENT:**

Jesus Adrian Oyervides-Cantu, a citizen and national of Mexico was read his Miranda rights in the Spanish language. Oyervides understood his rights and agreed to provide a statement.

Oyervides stated he crossed the Rio Grande River illegally in July of 2022, and is currently residing with his wife in Mission, Texas. Oyervides claimed he works for the owner of the house as a chauffeur. Oyervides further added that there are other people who stay at the house, but he just recently met them. Oyervides stated he was aware that the people in the vehicle were also illegal aliens. Oyervides stated that today, he was driving three (3) subjects to an unknown location. Oyervides admitted he drove and delivered people to different vehicles on different occasions.

**MATERIAL WITNESS STATEMENT 1:**

Uriel Flores-Moreno, a citizen and national of Mexico, was read his Miranda rights in the Spanish language. He understood his rights and agreed to provide a sworn statement.

Flores crossed the river, by raft, along with seven (7) other people and one (1) guide. Flores added that they walked for about three (3) hours, until they reached a neighborhood. Flores indicated that a white SUV truck, driven by a male, picked them up and transported them to a house. Flores stated that the driver drove to the back part of the house and instructed them to get down and enter a small shed. Flores added that around 9am, a male went to the shed and asked who was from Mexico. Flores and two (2) others replied that they were from Mexico and the male subject instructed them to get in the white SUV truck. Flores stated that the driver told them to remain calm and if anything happened to say they were on their way to do yard work. Flores added that they drove from about five (5) minutes when the driver noticed the Sherriff behind them, and he told them, "Remember what I told you to say." Flores indicated that they were pulled over and arrested shortly after.

Flores was presented with a photo lineup and positively identified Jesus Adrian Oyervides-Cantu as the driver of the truck.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# McALLEN, TEXAS

### ATTACHMENT TO CRIMINAL COMPLAINT:

### M-22-1633-M

RE:     Jesus Adrian Oyervides-Cantu

**CONTINUATION:**

**MATERIAL WITNESS STATEMENT 2:**

Pedro Alberto Diaz-Castaneda, a citizen and national of Mexico, was read his Miranda rights in the Spanish language. He understood his rights and agreed to provide a sworn statement.

Diaz indicated he made his own smuggling arrangements and agreed to pay $25,000 Mexican Pesos to be smuggled into the United States. Diaz also claimed he crossed the Rio Grande River using a raft with six (6) other people. After crossing into the United States, they walked until they were picked up by a closed white truck. Diaz stated he laid down behind the front seats and a male driver told them not to get up. Diaz stated they were transported to the residence where they were apprehended. He also explained the male driver told them to go inside and directed them to different rooms. Diaz mentioned he was instructed to go to the back shed.

Diaz was presented with a photo lineup and positively identified Jesus Adrian Oyervides-Cantu as the driver and being at the house.